CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
AGROCORP INTERNATIONAL PTE LTD.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AGROCORP INTERNATIONAL PTE LTD.,

                Plaintiff,

    v.

GLOBAL SEA INTERNATIONAL SA, and,
KOREA LINE CORP.,

                Defendants.
-----------------------------------------------------------X

07 CV 11405 (GBD)

**NOTICE OF
VOLUNTARY
DISMISSAL**

    PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, AGROCORP INTERNATIONAL PTE LTD., as to both Defendants GLOBAL SEA INTERNATIONAL SA and KOREA LINE CORP. pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Neither Defendant has appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       December 21, 2007

                                  CHALOS, O'CONNOR & DUFFY LLP
                                  Attorneys for Plaintiff,
                                  AGROCORP INTERNATIONAL PTE LTD.

                     By:    _____
                                  Owen F. Duffy (OD-3144)
                                  George E. Murray (GM-4172)
                                  366 Main Street
                                  Port Washington, New York 11050
                                  Tel:    516-767-3600
                                  Telefax: 516-767-3605

**SO ORDERED:**

Dated: New York, New York
       December ___, 2007

JAN 0 3 2008

_____
Hon. George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS